**RECEIVED**

JUN 3 0 2008

Jun 30 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Plaintiff(s)**

Ralph Howard

v.

08CV3726
JUDGE KENDALL
MAGISTRATE JUDGE ASHMAN

**Defendant(s)**

Officer Lisa Bapp,
Daniel Vuorenma,
Seth Brown,
Buds Ambulance,
SGT. James Vela,
Police Chief Thomas Lacheta, and
The Sauk Village Police Department

**COMPLAINT**

See Attached

On December 13, 2006, Officer Lisa Bapp, Officer Seth Brown, and Sgt. James Vela came to my home at 1608 216th Place in Sauk Villiage, Illinois in response to a 911 hang up. Mr. Daniel Vourenma and Van Dyke, paramedics, also arrived at my home in a Bud's Ambulance. I left my home after being asked to do so by Sgt. Vela. I entered the ambulance upon leaving my home. Mr. Vourenma was in the ambulance when I entered. He secured me with the seatbelt and I advised him that I did not want medical treatment. Ms. Van Dyke entered the ambulance after me and then the ambulance began moving. After it stopped for a second, I unbuckled the seatbelt and attempted to exit the ambulance. Mr. Vourenma grabbed me, threw me down, and held me down on the floor of the ambulance. Shortly after that, Officer Seth Brown and Officer Lisa Bapp entered the ambulance and pulled me out of it. Once outside the ambulance, Officers Brown and Bapp and Mr. Vourenma pulled me to the ground. While I was on the ground, Officer Bapp held my leggs while Mr. Vourenma held me down and struck me in my head. Sgt. Vela kicked me in my ribs and repeatedly struck me about my head and body. Officer Brown struck me about my head and body.

During the strikes from Officer Bapp, Officer Brown, Sergeant Vela, and Mr. Vourenma, I lost consciousness. I awakened in St. James Hospital several days after being struck by Officer Bapp, Officer Brown, Sergeant Vela, and Mr. Vourenma.