

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Ralph Howard
(Please print)

STREET ADDRESS: 21744 Jeffrey St.

CITY/STATE/ZIP: Sauk Village 60411

PHONE NUMBER: 708-753-0051

CASE NUMBER: 08CV3726
JUDGE KENDALL
MAGISTRATE JUDGE ASHMAN

Signature: Ralph Howard

Date: 6/30/08

FILED
JUN 30 2008
Jun 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT