## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3726 | **DATE** | 7/17/2008 |
| **CASE TITLE** | HOWARD vs. BAPP et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's application to proceed in forma pauperis is granted. Plaintiff's motion for appointment of counsel is granted. Mr. Louis Joseph Meyer, Law Offices of Lawrence V. Jockowiak, 20 N. Clark St., Suite 1700, Chicago, IL 60602, 312-795-9595, is appointed as counsel for plaintiff. Mr. Meyer is directed to contact plaintiff and to submit completed USM 285 forms (directions for service) to the U.S. Marshal by August 8, 2008. The Clerk of Court is directed to issue summons and complaints to the U.S. Marshal forthwith.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JS |
|---|---|---|