UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RALPH HOWARD, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 3726 |
| | ) | |
| vs. | ) | Judge Kendall |
| | ) | Magistrate Judge Ashman |
| SAUK VILLAGE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**TO:** N/A

    **PLEASE TAKE NOTICE** that on Thursday, August 7, 2008, I have filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, the accompanying **Plaintiff's First Amended Complaint.**

## CERTIFICATE OF SERVICE

    I, Louis J. Meyer, certify that on Thursday, August 7, 2008, this notice and the above-described document(s) were filed through the District Court's CM/ECF automated docketing system thereby causing service upon all counsel of record.

    /s/ Louis J. Meyer
    *Counsel for the Plaintiff*

Lawrence V. Jackowiak
Louis J. Meyer
Daniel P. Kiss
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois  60602
(312) 795-9595