| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ralph Howard | 08C3726   08c03726 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Officer Lisa Bapp, et al. | S/C |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Sgt. James Vela

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 21701 Torrence Ave., Sauk Village, IL 60411

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ralph Howard
21744 Jeffrey St.
Sauk Village, IL 60411

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
Aug 12, 2008
AUG 1 2 2008   RC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER

DATE: 07-22-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 3 of 7
District of Origin No. 24
District to Serve No. 24
Signature of Authorized USMS Deputy or Clerk: Td
Date: 07-22-08

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Lisa Gibbons - Admin. Assistant

Address (complete only if different than shown above):

Date of Service: 7/31/08
Time: 3:45 pm
Signature of U.S. Marshal or Deputy

REMARKS: One service fee charged same case + location. See process sheet #1 for charges
1 DUSM, 50 miles RT, 2 hours. SW

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|