IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RALPH HOWARD, | ) | |
| | ) | |
| | ) | Case No. 08 C 3726 |
| Plaintiff, | ) | |
| | ) | Judge Kendall |
| v. | ) | Magistrate Judge Ashman |
| | ) | |
| SAUK VILLAGE, Sauk Village Police Officers | ) | |
| JAMES VELA, SETH BROWN, LISA BAPP, | ) | |
| BUDS AMBULANCE, DANIEL VUORENMA, | ) | |
| and TRACY VAN DYKE, | ) | Jury is Demanded |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO: Lawrence V. Jackowiak, Law Offices of Lawrence V. Jackowiak, 20 N. LaSalle St., Suite 1700, Chicago, IL 60602

    PLEASE TAKE NOTICE that on September 4, 2008, we have filed with the Clerk of the United States District Court for the Northern District of Illinois, the **DEFENDANT DALEY'S MEDICAL TRANSPORTATION** (d/b/a BUD'S AMBULANCE) copies of which are attached hereto.

                                          By:    s/Joshua P. Haid
                                                      Joshua P. Haid

Martin A. Kanofsky (Atty No. 6180290)
Steve M. Sandler (Atty No. 2454602)
Joshua P. Haid (Atty No. 6284852)
Merlo Kanofsky Brinkmeier & Gregg, Ltd.
208 South LaSalle Street, Suite 950
Chicago, Illinois 60604
Ph: (312) 553-5500; Fx: (312) 553-1586

### CERTIFICATE OF SERVICE

    I, Joshua P. Haid, certify that on September 4, 2008, the foregoing the Defendant's Appearance were filed electronically with the Court. Notice of this filing will be accomplished pursuant to ECF as to Filing Users and shall comply with Local Rule 5.5 as to any party who is not a Filing User or represented by a Filing User. Parties may access this filing through the Court's system.

                                          By:    s/Joshua P. Haid
                                                      Joshua P. Haid