**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RALPH HOWARD, | ) | |
| | ) | |
| | ) | Case No. 08 C 3726 |
| Plaintiff, | ) | |
| | ) | Judge Kendall |
| v. | ) | Magistrate Judge Ashman |
| | ) | |
| SAUK VILLAGE, Sauk Village Police Officers | ) | |
| JAMES VELA, SETH BROWN, LISA BAPP, | ) | |
| BUDS AMBULANCE, DANIEL VUORENMA, | ) | |
| and TRACY VAN DYKE, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S, DALEY'S MEDICAL TRANSPORTATION (d/b/a BUD'S AMBULANCE) MOTION FOR AN EXTENSION OF TIME TO RESPOND OR OTHERWISE PLEAD TO PLAINTIFF'S FIRST AMENDED COMPLAINT AT LAW**

NOW COMES the Daley's Medical Transportation (d/b/a BUD'S AMBULANCE), by and through its attorney, Joshua P. Haid of Merlo Kanofsky Brinkmeier & Gregg, Ltd., and hereby moves for extension of time to respond or otherwise plead to Plaintiff's First Amended Complaint at Law. In further support thereof, Defendant states as follows:

1. Plaintiff has brought this action alleging several counts arising out of 42 U.S.C §1983, Malicious Prosecution, and Respondent Superior against Daley's Medical Transportation (d/b/a BUD'S AMBULANCE).

2. The Defendant's attorneys have been in contact with the Plaintiff's attorney who agreed the Defendant's extension of time to plead or otherwise respond to the Plaintiff's First Amended Complaint which was filed on 8/07/2008.

3. Defendants request an additional 28 days to answer or otherwise plead, or until October 2, 2008.

WHEREFORE, Daley's Medical Transportation (d/b/a BUD'S AMBULANCE) respectfully requests an additional 28 days, or until *October 2, 2008*, by which to answer or otherwise plead to Plaintiff's complaint.

                                          Respectfully submitted,

                      By:      /s/ Joshua P Haid
                                  Merlo Kanofsky Brinkmeier & Gregg, Ltd.,

Martin A. Kanofsky
Joshua P. Haid
Merlo Kanofsky Brinkmeier & Gregg Ltd.
208 South LaSalle Street
Suite 950
Chicago, IL  60604
(312) 553-5500
Fax:  (312) 553-1586