## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| RALPH HOWARD, | ) | |
| | ) | |
| | ) | Case No. 08 C 3726 |
| Plaintiff, | ) | |
| | ) | Judge Kendall |
| v. | ) | Magistrate Judge Ashman |
| | ) | |
| SAUK VILLAGE, Sauk Village Police Officers | ) | |
| JAMES VELA, SETH BROWN, LISA BAPP, | ) | |
| BUDS AMBULANCE, DANIEL VUORENMA, | ) | |
| and TRACY VAN DYKE, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:   Lawrence V. Jackowiak, Law Offices of Lawrence V. Jackowiak, 20 N. LaSalle St., Suite 1700, Chicago, IL 60602

On September 10, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Virginia Kendall, or any judge sitting in her stead, in the United States District Court, Northern District of Illinois, Eastern Division, Courtroom 2319 or any other courtroom usually occupied by her at 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached **DEFENDANT'S, DALEY'S MEDICAL TRANSPORTATION** (d/b/a BUD'S AMBULANCE), **MOTION FOR AN EXTENSION OF TIME TO RESPOND OR OTHERWISE PLEAD TO PLAINTIFF'S FIRST AMENDED COMPLAINT AT LAW**, at which time and place you may appear as you see fit.

By:   s/Joshua P. Haid
Joshua P. Haid

Martin A. Kanofsky
Steve M. Sandler
Joshua P. Haid
Merlo Kanofsky Brinkmeier & Gregg, Ltd.
208 South LaSalle Street, Suite 950
Chicago, Illinois 60604
Ph: (312) 553-5500; Fx: (312) 553-1586

### CERTIFICATE OF SERVICE

I, Joshua P. Haid, an attorney, certify that a copy of this Notice of Motion and above-mentioned documents were served upon the attorneys of record via electronic filing from 208 South LaSalle Street, Suite 950, Chicago, Illinois, before 5:00 p.m. on September 4, 2008.

By:   s/Joshua P. Haid
Joshua P. Haid